

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/2021

September 29, 2021

## MEMORANDUM ENDORSED

Hon. Gregory H. Woods
United States District Judge
500 Pearl Street, Room 2260
New York, NY 10007

RE:   Lee v. Pressler, Felt & Warshaw
        21-cv-01348

Dear Judge Woods:

As you know, this office represents the defendant in the above-captioned matter. This letter is written to request an adjournment of the Status Conference currently scheduled for tomorrow, September 30, 2021, at 1:00 p.m. The undersigned apologizes for the short notice, but plaintiff's counsel is aware of this application and consents to it.

My wife is a cancer patient and is currently undergoing regular immunotherapy treatment. Her appoint for tomorrow, originally scheduled for later in the day, was moved up and now conflicts with the court appearance. It is my job to transport her to her appointment and it is for this reason that defendant requests an adjournment of the conference.

In addition to the foregoing, I can report that discussions have been ongoing with plaintiff's counsel regarding resolution of this case. While this case has not yet been resolved, there is some optimism for ultimate resolution of this case.

I have consulted with plaintiff's counsel and we are both available on the morning of October 7th, or any time on October 8th.

This is a first request to adjourn the conference scheduled for September 30, 2021.

It is not anticipated that this will affect any other deadlines on this case.

Thank you for your consideration.

Sincerely,

BARRON & NEWBURGER, P.C.

By: Arthur Sanders, Esq.

Defendant's September 29, 2021 request to adjourn the status conference, Dkt. No. 27, is granted. The status conference scheduled for September 30, 2021 is adjourned to October 7, 2021 at 10:00 a.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 27.

SO ORDERED.

Dated: September 29, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge